**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANDREW D. DUNAVANT, JR., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 13-0268-WS-M** |
| | ) | |
| **SIROTE AND PERMUTT, P.C.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

In accordance with the order of Court dated June 25, 2014, the plaintiffs shall have and recover nothing of the defendant in this action. As to Count One, judgment is hereby entered in favor of defendant Sirote and Permutt, P.C. and against plaintiffs Andrew D. Dunavant and Mary F. Dunavant. Count Two is dismissed without prejudice.

DONE this 30th day of June, 2014.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE