UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANDREW D. DUNAVANT, JR. and
MARY DUNAVANT,

Plaintiffs,

File Number: 1:13-cv-00268-WS-M

v.

SIROTE AND PERMUTT, P.C.,

Defendant.

NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Notice is hereby given that Andrew D. Dunavant, Jr. and Mary Dunavant, plaintiffs, appeal to the United States Court of Appeals for the Eleventh Circuit from the order or decree of the district court for the district of Southern Alabama, Chief United States District Court Judge William H. Steele, entered in this case on the 25th day of June, 2014 and Judgment entered in this action on the 30th day of June, 2014.

The parties to the judgment, order, or decree appealed from and the names, and addresses of their respective attorneys are as follows:

| PARTY | COUNSEL |
|---|---|
| **Andrew D. Dunavant, Jr.**<br>**Mary Dunavant** | **Nicholas H. Wooten**<br>NICK WOOTEN, LLC<br>Post Office Box 3389<br>Auburn, AL 36831<br>Tel. (334) 887-3000<br>Fax (334) 821-7720<br>nick@nickwooten.com |

**D.W. Grimsley, Jr.**
D.W. GRIMSLEY, JR., P.C.
21 South Section Street
Fairhope, AL 36532
Tel. (251) 424-5131
Fax (251) 990-0626
bubbagrimsley@me.com

David A. Horton
DAVID A. HORTON
811 Daphne Avenue
Daphne, AL 36526
Tel. (251) 606-0269
Fax (888) 890-4389
david@dahlegal.com

Kenneth James Lay
HOOD AND LAY, LLC
1117 22nd Street South
Birmingham, AL 35205
Tel. (205) 323-4123
Fax (205-776-2040)
kenneth.j.lay@gmail.com

**SIROTE AND PERMUTT, P.C.**

**Jeffery J. Hartley**
**Samuel C. Rosten**
HELMSING, LEACH, HERLONG,
NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL 36652
(251) 432-5521
(251) 432-0633 Fax
jjh@helmsinglaw.com
scr@helmsinglaw.com

DATED this 23rd day of July, 2014.

RESPECTFULLY SUBMITTED,

*/s/ NICHOLAS H. WOOTEN*
Nicholas H. Wooten
Attorney for Appellant
Nick Wooten, LLC
Post Office Box 3389
Auburn, AL 36831
Tel. (334) 887-3000
Fax (334) 821-7720
Email: nick@nickwooten.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing document on the following parties in interest either by first class U.S. Mail, postage prepaid, or electronically on this the 23rd day of July, 2014.

**Jeffery J. Hartley**
**Samuel C. Rosten**
HELMSING, LEACH, HERLONG,
NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL 36652
jjh@helmsinglaw.com
scr@helmsinglaw.com

*/s/ Nick Wooten* ____________
Of Counsel