**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

---

No. 14-13314

---

District Court Docket No.
1:13-cv-00268-WS-M

ANDREW D. DUNAVANT, JR.,
MARY DUNAVANT,

Plaintiffs - Appellants,

versus

SIROTE & PERMUTT, PC,

Defendant - Appellee.

---

Appeal from the United States District Court for the
Southern District of Alabama

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 09, 2015
For the Court: Amy C. Nerenberg, Acting Clerk of Court
By: Jeff R. Patch

ISSUED AS MANDATE 03/10/2015